OTIS vs. WELLS.

The statute relative to absent, concealed and non-resident defendants applies
to bills of revivor as well as original bills.

Form of an order for a non-resident defendant to show cause why a suit should
not be revived against him as heir at law of a deceased party.

Mr. *Murray Hoffman*, on the part of Mr. *D. S. Jones*, moved *August 8.*
the court, on the usual affidavit of the issuing of a subpœna in 1831.
this cause and the residence of the defendant in the state of *Practice.*
Connecticut, for an order that the defendant appear and answer *Non-resident*
within four months, pursuant to the statute, 2 *R. S.* 186, § 123. *defendant.*
He stated that this was a bill of revivor ; that a question had *Bill of Revivor.*
been made whether the analogous English Statute, 5 *Geo.* 2,
*cap.* 25, extended to bills of revivor, and that it had been deci-
ded it did so—*Anon*, 3 *Atk.* 690 ; 1 *Dick.* 135.

Order granted as prayed.

The following was the form of it :

" On reading and filing an affidavit, proving that a *subpœna*
" *ad revivendum* has been duly issued in this cause, directing the
" above named Thomas Wells to appear therein on a day now
" past, but that the said Thomas Wells could not be found in this
" State, intermediate the teste and return of the said subpœna,
" to be served therewith; and that the said Thomas Wells re-
" sides out of this State, and in the county of Hartford, in the
" State of Connecticut—and, on motion of *M. Hoffman, Esq.* of
" Counsel, for *D. S. Jones, Esq.* Solicitor: it is ordered, that the
" said Thomas Wells appear in this cause in four months and
" show cause, if any there be, why the original suit commenced
" in this court by the above named complainant against Lewis
" Richards, James Wells, and Joseph D. Beers, and the pro-

**1831.**

VERPLANCK
*v.*
MERCANTILE
INS. CO.

"ceedings therein, which became abated by the death of the "said James Wells, should not be revived against the said "Thomas Wells as the heir at law of the said James Wells, "deceased, and be in the same plight, state and condition as "the same were at the time of the abatement thereof, and also, "to answer the bill of complaint filed in the said original suit: "and, in default thereof, that such order be entered in this suit "as shall be considered by the court just and proper. And it "is further ordered, that the complainant in this suit, within "twenty days hereafter, cause this order to be published in the "state paper and in the New York American, and that the said "publication be continued in each of the said papers at least "once in each week for eight weeks in succession or that he "cause a copy of the said order to be personally served on the "said Thomas Wells, at least twenty days before the time "above prescribed for his appearance."